

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:        01-12-00583-CV

Trial Court Cause
Number:              0967871

Style:               Donald Seeberger

                     **v** BNSF Railway Company

Date motion filed*:  July 6, 2012

Type of motion:      motion to dismiss

Party filing motion: appellee

Document to be filed: no

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due: _____

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
    ☐ Acting individually    ☒ Acting for the Court

Panel consists of  Chief Justice Sherry Radack and Justices Bland and Huddle

Date: September 26, 2013